STEPHEN CHA-KIM* (NY - 4979357)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Email: stephen.cha-kim@arnoldporter.com

CARSON D. ANDERSON (CA - 317308)
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Telephone: (650) 319-4500
Email: carson.anderson@arnoldporter.com

NATALIE STEIERT* (DC - 90010655)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Email: natalie.steiert@arnoldporter.com

OREN NIMNI* (MA - 691821)
AMARIS MONTES* (MD - 2112150205)
RIGHTS BEHIND BARS
416 Florida Avenue N.W. #26152
Washington, D.C. 20001-0506
Telephone: (202) 455-4399
Email: oren@rightsbehindbars.org
     amaris@rightsbehindbars.org

SUSAN M. BEATY (CA - 324048)
CALIFORNIA COLLABORATIVE FOR
IMMIGRANT JUSTICE
1999 Harrison Street, Suite 1800
Oakland, California 94612-4700
Telephone: (510) 679-3674
Email: susan@ccijustice.org

*Pro hac vice pending

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| A.C.,<br>    Plaintiff,<br>v.<br>UNITED STATES OF AMERICA; UNITED STATES OF AMERICA FEDERAL BUREAU OF PRISONS, a governmental entity; RAY J. GARCIA; and DARRELL SMITH,<br>    Defendants. | Case No.: 4:24-cv-01385<br><br>**DECLARATION OF CARSON ANDERSON IN SUPPORT OF PLAINTIFF'S APPLICATION TO PROCEED ANONYMOUSLY** |

I, Carson Anderson, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court (SBN 317308). I am a Senior Associate in the law firm of Arnold & Porter Kaye Scholer LLP, counsel of record for Plaintiff. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently so testify. I make this declaration in support of Plaintiff's Application to Proceed Anonymously.

2. For the reasons below and those stated in Plaintiff's Application to Proceed Anonymously, Plaintiff should be permitted to use only their initials, instead of their full name, on the Complaint and until further order of the Court.

3. Plaintiff's Complaint was filed on March 7, 2024 and addresses the abuse and harassment by prison facility staff of Plaintiff and similarly situated individuals at Federal Correctional Institution - Dublin ("FCI Dublin") including but not limited to: rape and sexual assault; manipulation and sexual coercion, degrading sexual comments; voyeurism and taking and sharing explicit photos; drugging, groping, and other forms of abuse during medical exams; and targeted abuse towards immigrants under threat of deportation.

4. Due to the sensitive nature of the case and the serious possibility of retaliatory violence against Plaintiff, Plaintiff's counsel seeks to file the Complaint (and to proceed until further order of the Court) using only Plaintiff's initials (A.C.) in order to protect their identity.

5. So far in this case, and in the numerous criminal cases previously filed related to sexual abuse and harassment by prison staff at FCI Dublin, the government acted to protect testifying survivors' privacy by referring to them by initials or similar conventions. *See, e.g.*, *California Coalition For Women Prisoners, et al. v. United States, et al.*, No. 4:23-cv-04155-YGR, ECF No. 17 (N.D. Cal.); *United States v. Garcia*, No. 4:21-cr-00429-YGR (N.D. Cal.); *United States v. Highhouse*, No. 4:22-cr-00016-HGS (N.D. Cal.); *United States v. Chavez*, No. 4:22-cr- 00104-YGR-1 (N.D. Cal.); *United States v. Klinger*, No. 21-MJ-71085-MAG (N.D. Cal.); *United States v. Bellhouse*, No. 4:22-cr-00066-YGR (N.D. Cal.); *United States v. Smith*, No. 4:23-cr-00110-YGR-1; *United States v. Nunley*, No. 4:23-cr-00213-HSG (N.D. Cal.); *United States v. Jones*, No. 4:23-cr-00212-HSG (N.D. Cal.).

1                                                                     Case No. 4:24-cv-01385
ANDERSON DECLARATION IN SUPPORT OF APPLICATION TO PROCEED ANONYMOUSLY
US 175668158v1

6. Plaintiff has serious and reasonable fears of retaliation. Some similarly situated incarcerated individuals have already experienced retaliation following reports they made during administrative proceedings, and all of them are aware that retaliation against people who have come forward to report sexual abuse and harassment at FCI Dublin, and the BOP more generally, is commonplace. That retaliation includes, but is not limited to, physical violence, verbal assault, placement in solitary confinement, and transfer to other facilities.

7. The allegations contained in Plaintiff's Complaint constitute "special circumstances" in which Plaintiff's "need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity." *Does I thru XXIII v. Adv. Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed in Washington, D.C., this 7th day of March, 2024.

Respectfully submitted,

DATED: March 7, 2024

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Carson D. Anderson*
Carson D. Anderson
Attorney for Plaintiff